# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HALLIDAY, | |
| Plaintiff, | |
| v. | Action No. 10-cv-2081—AW |
| BANK OF AMERICA, N.A. *et al*, | |
| Defendant. | |

\*\*\*\*\*\*

## ORDER

The Court has been advised by Plaintiff that this case should be dismissed pursuant to Federal Rule of Civil Procedure 41(a) (Doc. No. 19). Accordingly, IT IS this **29th day of October 2010**, by the United States District Court for the District Court of Maryland, hereby **ORDERED** that:

1. This action is **DISMISSED**;

2. The Clerk of the Court **CLOSE** this case**; AND**

3. The Clerk is directed to transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
United States District Judge